# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**661**

**TP 12-02249**

PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, AND VALENTINO, JJ.

---

IN THE MATTER OF BENJAMIN BROWNLEE, PETITIONER,

V                                                                        ORDER

BRIAN FISCHER, COMMISSIONER, NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY
SUPERVISION, RESPONDENT.

---

WYOMING COUNTY-ATTICA LEGAL AID BUREAU, WARSAW (LEAH R. NOWOTARSKI OF
COUNSEL), FOR PETITIONER.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (PETER H. SCHIFF OF
COUNSEL), FOR RESPONDENT.

---

Proceeding pursuant to CPLR article 78 (transferred to the
Appellate Division of the Supreme Court in the Fourth Judicial
Department by amended order of the Supreme Court, Wyoming County [Mark
H. Dadd, A.J.], entered December 12, 2012) to review a determination
of respondent. The determination found after a Tier II hearing that
petitioner had violated an inmate rule.

It is hereby ORDERED that said proceeding is unanimously
dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d
996).

Entered: June 7, 2013                          Frances E. Cafarell
                                               Clerk of the Court